UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKI LYNN FROST,<br><br>           Plaintiff,<br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>           Defendant. | Civil No. 2:19-cv-0073 MJP<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES<br><br>NOTE ON MOTION CALENDAR<br>August 15, 2019 *without oral argument* |

**<u>ORDER</u>**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties, it is hereby ORDERED that: EAJA attorney's fees of $8,108.73, expenses of $3.43 ( postage), and costs of $6.80 (copies), for a total of $8,118.96 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman via autodeposit or at 8123 NE 115 Way, Kirkland, WA 98034.

Order for EAJA Fees- 19-0073 MJP   page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

Dated this 15th day of August 2019

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577

Approved for entry:
s/Alexis L. Toma
Alexis L. Toma
Special Assistant US Attorney, OGC-SSA
701 – 5th Ave, Suite 2900 M/S 221A
Seattle, WA 98104
206-615-2950

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on August 15, 2019 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney, and Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Order for EAJA Fees- 19-0073 MJP    page 2